IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KEVIN AND SHERRYE WEBSTER**                                              **PLAINTIFFS**

**V.**                                              **CAUSE NO: 1:05cv715LTS-JMR**

**USAA CASUALTY INSURANCE CO.**                                              **DEFENDANT**

PLAINTIFFS' RESPONSE TO DEFENDANT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW the plaintiffs Kevin and Sherrye Webster, by and through their attorneys, Merkel & Cocke, P.A., and, in opposition to the Defendant's Motion for Partial Summary Judgment as to the plaintiffs' claims for punitive and extra contractual damages, states as follows:

1. The defendant has failed to establish that there is no genuine issue of any material fact regarding the plaintiffs' claims for punitive and other extra-contractual damages and has failed to establish that it is entitled as a matter of law to a judgment on these claims.

2. The basis for this response is set forth in the Memorandum of Authorities filed with this response.

3. In opposition to Defendant's Motion for Partial Summary Judgment, the plaintiffs rely upon the following:

| | |
|---|---|
| Exhibit 1 | Plaintiffs' USAA Insurance Policy |
| Exhibit 2 | USAA's $10,994.16 check |
| Exhibit 3 | Gary Taylor Deposition excerpts |
| Exhibit 4 | USAA's file descriptions of carriage house/garage |
| Exhibit 5 | Sherrye Webster Discovery Responses dated May 30, 2006 |
| Exhibit 6 | Aaron Harris' Report served May 26, 2006 |
| Exhibit 7 | Mark Voll Deposition excerpts |
| Exhibit 8 | Photographs of House |
| Exhibit 9 | Magazine Publication re. House |
| Exhibit 10 | Sherrye Webster Deposition excerpts |
| Exhibit 11 | USAA 1032 |

| | |
|---|---|
| Exhibit 12 | USAA 1026 |
| Exhibit 13 | Voll's Initial Assignment Sheet from Gary Taylor |
| Exhibit 14 | Affidavit of Sherrye Webster |
| Exhibit 15 | Gary Taylor work diary, USAA Bates No. 969 |
| Exhibit 16 | USAA 1027 |
| Exhibit 17 | Sylvia Ramirez Deposition excerpts |
| Exhibit 18 | USAA 1237 |
| Exhibit 19 | USAA 1029 |
| Exhibit 20 | Jim McGowin Deposition excerpts |
| Exhibit 21 | USAA reservation of rights letter, dated September 26, 2005 |
| Exhibit 22 | USAA 998, 1002 |
| Exhibit 23 | USAA 992 |
| Exhibit 24 | USAA 945 |
| Exhibit 25 | USAA letter denying coverage, November 17, 2005 |
| Exhibit 26 | USAA 1007 |
| Exhibit 27 | USAA 1022 |
| Exhibit 28 | Sue Curtin evaluation of Websters' Personal Property |
| Exhibit 29 | Photographs, post-Katrina |
| Exhibit 30 | USAA 1042 |
| Exhibit 31 | O'Malley deposition and exhibit thereto |
| Exhibit 32 | Kevin Webster affidavit |

and all pleadings filed herein.

WHEREFORE, PREMISES CONSIDERED, the plaintiffs respectfully request that this Honorable Court deny the Defendant's Motion for Partial Summary Judgment.

Respectfully submitted this the __27th__ day of June, 2007.

> MERKEL & COCKE
> A Professional Association
> 30 Delta Avenue
> Post Office Box 1388
> Clarksdale, Mississippi 38614
> Telephone: (662) 627-9641
> Facsimile:   (662) 627-3592
> Attorneys for Plaintiff
>
> By:   /s/Cynthia I. Mitchell
>         CYNTHIA I. MITCHELL (MSB #3356)

OF COUNSEL:
STEPHEN W. MULLINS (MSB #9772)
LUCKEY & MULLINS
Post Office Box 724
Ocean Springs, Mississippi 39566
Telephone: (228) 875-3175
Facsimile: (228) 872-4719
Attorneys for Plaintiffs

CLEVELAND B. LANGSTON, (MSB #9395)
WM. ROBERTS WILSON, JR., P.A.
Post Office Box 321444
Flowood, MS 39232
Telephone: (601) 948-1111
Facsimile: (601) 936-4692
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2007, I electronically filed the following with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

      Attorneys for the Defendant

      Louis B. Lanoux
      llanoux@watkinseager.com

      Charles G. Copeland
      gcopeland@cctb.com

      /s/Cynthia I. Mitchell
      CYNTHIA I. MITCHELL (MSB #3356)