UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KEVIN WEBSTER and SHERRYE WEBSTER                                   PLAINTIFFS

V.                                                      CIVIL ACTION NO. 1:05cv715-LTS-RHW

USAA CASUALTY INSURANCE COMPANY                                      DEFENDANT

### ORDER

The Court entered an [240] order addressing Defendant's motions *in limine*. The Court indicated that it may dispose of the Plaintiffs' [238] motion *in limine* in a similar fashion.

As stated in the [240] order, the Court's preference is that the parties and their counsel appear on the scheduled trial date (September 17, 2007) ready to try their case. Modification of the proposed pre-trial order would be a waste of valuable time and other resources. Indeed, the Court entered the [241] pre-trial order originally submitted by the parties, which is now further supplemented by this Order. As to those issues in the motions *in limine* on which there is not agreement between the parties, the Court will rule on objections as they are raised at trial.

Accordingly, **IT IS ORDERED**:

Plaintiffs' Motion [238] *in limine* is **DENIED**, **WITHOUT PREJUDICE** to objections being made contemporaneously at the appropriate time at trial.

**SO ORDERED** this the 10th day of September, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE