# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KEVIN and SHERRYE WEBSTER**                                               **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO.1:05CV715 LTS-RHW**

**USAA CASUALTY INSURANCE COMPANY**                                  **DEFENDANT**

### ORDER

Upon due consideration of the motion [255] of Defendant USAA Casualty Insurance Company (USAA) for leave to voir dire the plaintiffs' expert witnesses concerning causation outside the presence of the jury and of its motion [258] in limine regarding references to the Mississippi Department of Insurance bulletins or communications between USAA and the Mississippi Department of Insurance, it is

**ORDERED**

That the motion [255] of USAA for leave to voir dire the plaintiffs' expert witnesses concerning causation outside the presence of the jury is hereby **DENIED**; and

That the motion [258] of USAA in limine regarding references to the Mississippi Department of Insurance bulletins or communications between USAA and the Mississippi Department of Insurance is **DENIED AS MOOT**.

**SO ORDERED** this 1st day of October, 2007.

>                                   s/ L. T. Senter, Jr.
>                                   L. T. SENTER, JR.
>                                   SENIOR JUDGE